(121 App. Div. 424.)

ANDERSON v. ROSENBERG.

(Supreme Court, Appellate Division, Second Department.   October 11, 1907.)

NONSUIT—GROUNDS—PREMATURE ACTION.
    Where a complaint alleged a promise to pay plaintiff an amount to be
    paid by a trust company for assessments as soon as payment was made
    by the company, and action was brought December 4th, whereas payment
    was not made by the company until December 23d following, the action
    was prematurely brought, and a nonsuit was properly granted.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 17, Dismissal and Non-
suit, § 108.]

Appeal from Special Term, Kings County.

Action by Rachel Anderson against Charles Rosenberg.   From a
judgment for defendant, plaintiff appeals.   Modified and affirmed.

Argued before JENKS, HOOKER, GAYNOR, RICH, and MIL-
LER, JJ.

Stanislaus N. Tuckman, for appellant.
Edwin L. Kalish, for respondent.

HOOKER, J.   The complaint alleged a promise of the defendant to
pay to the plaintiff $1,000, or so much thereof as the trust company paid
for assessments, as soon as the trust company made the payment.   The
action was commenced on the 4th day of December, 1905, by the service
of the summons on the defendant.   The payment by the trust company
of the assessments was not made until the 23d day of December, 1905.
The nonsuit was, therefore, properly granted, for the reason that the
action was prematurely brought.   The judgment, however, provides
that the complaint should be dismissed "upon the merits."

Because of this error, the judgment must be modified by striking out
the words "upon the merits," and, as thus modified, affirmed, without
costs.   All concur.